**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         Plaintiff,   )<br>  )<br>v.   )<br>  )<br>Kingston Sebastian Gaulden,   )<br>  )<br>         Defendant.   ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  Arthur J. Boylan, 3C<br>U.S. Magistrate Judge<br><br>Case No:         MJ 10-127 AJB<br>Date:             April 9, 2010<br>Time Commenced:   1:50 p.m.<br>Time Concluded:   2:00 p.m.<br>Time in Court:    10  Minutes |

☒ **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1/9

APPEARANCES:

   Plaintiff:    Andrew Winter, Assistant U.S. Attorney
   Defendant:    Lyonel Norris, ☒ FPD   ☒ Appointed

on  ☒ Complaint

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Probable cause found.  Deft bound over to District Court of Minnesota

Additional Information:
   Defendant waived preliminary hearing.

*s/Joan Flood*
Criminal Duty Clerk